Beth S. Rose
Vincent Lodato
SILLS CUMMIS & GROSS P.C.
101 Park Avenue
New York, NY 10178
*Attorneys for Defendants Amazon Fulfillment*
*Services, Inc. and Amazon.com, Inc.*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES NELSON and THERESA STILLWELL,<br><br>          Plaintiffs,<br><br>v.<br><br>AMAZON FULFILLMENT SERVICES, INC.;<br>AMAZON, INC.; DOE CORP. 1 d/b/a<br>SUNNEAR; JOHN DOES 1-10 and DOE<br>CORP 2-10,<br><br>          Defendants. | Civil Action No. 2:19-cv-02518 |

### DEFENDANTS AMAZON FULFILLMENT SERVICES, INC.'S AND AMAZON.COM, INC.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

Defendants Amazon Fulfillment Services, Inc. and Amazon.com, Inc. (collectively "Amazon") respond to Plaintiffs' Verified Complaint as follows:

1.      Amazon denies the allegations contained in Paragraph 1.

2.      Amazon denies the allegations contained in Paragraph 2.

### PARTIES

3.      Amazon lacks sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 3 and therefore denies the same.

4.      Amazon lacks sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 4 and therefore denies the same.

5.      Amazon admits the allegations contained in Paragraph 5.

6.      Amazon denies the allegations contained in Paragraph 6.

7.      Amazon denies the allegations contained in Paragraph 7 except to admit that Amazon.com, Inc. is a corporation incorporated under the laws of the State of Delaware with its principal place of business in Seattle, Washington.

8.      Amazon denies the allegations contained in Paragraph 8.

9.      Amazon admits only that the batteries at issue were sold by Sunnear, which is one of millions of third-party sellers who sell products on Amazon.com.  Amazon lacks sufficient information or knowledge to admit or deny the truth of the remaining allegations contained in Paragraph 9 and therefore denies the same.

10.      The allegations contained in Paragraph 10 are directed at defendants other than Amazon, so no response is required.  To the extent that a response is required, Amazon lacks sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 10 and therefore denies the same.

11.      The allegations contained in Paragraph 11 are directed at defendants other than Amazon, so no response is required.  To the extent that a response is required, Amazon lacks sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 11 and therefore denies the same.

12.      The allegations contained in Paragraph 12 are directed at defendants other than Amazon, so no response is required.  To the extent that a response is required, Amazon lacks sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 12 and therefore denies the same.

13.      The allegations contained in Paragraph 13 are directed at defendants other than Amazon, so no response is required.  To the extent that a response is required, Amazon lacks

sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 13 and therefore denies the same.

## JURISDICTION AND VENUE

14.    Paragraph 14 asserts legal conclusions to which no response is required.  To the extent that a response is required, Amazon admits that this Court is an appropriate venue for this action.

15.    Paragraph 15 asserts legal conclusions to which no response is required.  To the extent that a response is required, Amazon states that it does not contest personal jurisdiction in this lawsuit.

## BACKGROUND

16.    Amazon lacks sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 16 and therefore denies the same.

17.    Amazon admits that it owns and operates the Amazon.com marketplace.  Amazon lacks sufficient information or knowledge to admit or deny the truth of the remaining allegations contained in Paragraph 17 and therefore denies the same.

18.    Amazon admits only that Plaintiff Stillwell purchased SUNNEAR 4pcs for Samsung INR 18650-25R 18650 2500mAH 3.7 Rechargeable Flat Top Batteries.  Amazon lacks sufficient information or knowledge to admit or deny the truth of the remaining allegations contained in Paragraph 18 and therefore denies the same.

19.    Amazon lacks sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 19 and therefore denies the same.

20.    Amazon lacks sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 20 and therefore denies the same.

21.     Amazon lacks sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 21 and therefore denies the same.

22.     Amazon lacks sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 22 and therefore denies the same.

23.     Amazon lacks sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 23 and therefore denies the same.

24.     Amazon lacks sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 24 and therefore denies the same.

25.     Amazon lacks sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 25 and therefore denies the same.

26.     Amazon lacks sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 26 and therefore denies the same.

27.     Amazon lacks sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 27 and therefore denies the same.

28.     Amazon lacks sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 28 and therefore denies the same.

29.     Amazon lacks sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 29 and therefore denies the same.

30.     Amazon lacks sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 30 and therefore denies the same.

31.     Amazon lacks sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 31 and therefore denies the same.

32.     Amazon lacks sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 32 and therefore denies the same.

33.     Amazon lacks sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 33 and therefore denies the same.

34.     Amazon lacks sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 34 and therefore denies the same.

### COUNT I: STRICT PRODUCT LIABILITY (DESIGN DEFECT)

35.     Amazon incorporates by reference its responses to the preceding paragraphs as if fully stated herein.

36.     To the extent the allegations contained in Paragraph 36 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 36 are directed at Amazon, Amazon denies the allegations.

37.     To the extent the allegations contained in Paragraph 37 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 37 are directed at Amazon, Amazon denies the allegations.

38.     To the extent the allegations contained in Paragraph 38 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 38 are directed at Amazon, Amazon denies the allegations.

39.     To the extent the allegations contained in Paragraph 39 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 39 are directed at Amazon, Amazon denies the allegations.

40.     To the extent the allegations contained in Paragraph 40 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 40 are directed at Amazon, Amazon denies the allegations.

41.     Amazon denies the allegations contained in Paragraph 41.

42.     Amazon denies the allegations contained in Paragraph 42.

43.     To the extent the allegations contained in Paragraph 43 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 43 are directed at Amazon, Amazon denies the allegations.

44.     To the extent the allegations contained in Paragraph 44 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 44 are directed at Amazon, Amazon denies the allegations.

45.     To the extent the allegations contained in Paragraph 45 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 45 are directed at Amazon, Amazon denies the allegations.

46.     To the extent the allegations contained in Paragraph 46 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 46 are directed at Amazon, Amazon denies the allegations.

47.     Amazon denies the allegations contained in Paragraph 47.

48.     Amazon denies the allegations contained in Paragraph 48.

49.     Amazon denies the allegations contained in Paragraph 49.

50.     Amazon denies the allegations contained in Paragraph 50.

51.     Amazon denies the allegations contained in Paragraph 51.

52.     Amazon denies the allegations contained in Paragraph 52.

53.     Amazon denies the allegations contained in Paragraph 53.

54.     Amazon denies the allegations contained in Paragraph 54.

55.     To the extent the allegations contained in Paragraph 55 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 55 are directed at Amazon, Amazon denies the allegations.

56.     To the extent the allegations contained in Paragraph 56 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 56 are directed at Amazon, Amazon denies the allegations.

### COUNT II: STRICT PRODUCTS LIABILITY (MANUFACTURING DEFECT)

57.     Amazon incorporates by reference its responses to the preceding paragraphs as if fully stated herein.

58.     To the extent the allegations contained in Paragraph 58 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 58 are directed at Amazon, Amazon denies the allegations.

59.     Amazon denies the allegations contained in Paragraph 59.

60.     To the extent the allegations contained in Paragraph 60 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 60 are directed at Amazon, Amazon denies the allegations.

61.     To the extent the allegations contained in Paragraph 61 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 61 are directed at Amazon, Amazon denies the allegations.

62.     Amazon denies the allegations contained in Paragraph 62.

63.     Amazon denies the allegations contained in Paragraph 63.

64.     Amazon denies the allegations contained in Paragraph 64.

65.     Amazon denies the allegations contained in Paragraph 65.

66.     To the extent the allegations contained in Paragraph 66 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 66 are directed at Amazon, Amazon denies the allegations.

## COUNT III: STRICT PRODUCTS LIABILITY (FAILURE TO WARN)

67.    Amazon incorporates by reference its responses to the preceding paragraphs as if fully stated herein.

68.    To the extent the allegations contained in Paragraph 68 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 68 are directed at Amazon, Amazon denies the allegations.

69.    To the extent the allegations contained in Paragraph 69 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 69 are directed at Amazon, Amazon denies the allegations.

70.    To the extent the allegations contained in Paragraph 70 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 70 are directed at Amazon, Amazon denies the allegations.

71.    To the extent the allegations contained in Paragraph 71 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 71 are directed at Amazon, Amazon denies the allegations.

72.    To the extent the allegations contained in Paragraph 72 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 72 are directed at Amazon, Amazon denies the allegations.

73.    Amazon denies the allegations contained in Paragraph 73.

74.    To the extent the allegations contained in Paragraph 74 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 74 are directed at Amazon, Amazon denies the allegations.

75.    Amazon denies the allegations contained in Paragraph 75.

76.    Amazon denies the allegations contained in Paragraph 76.

77.     Amazon denies the allegations contained in Paragraph 77.

78.     To the extent the allegations contained in Paragraph 78 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 78 are directed at Amazon, Amazon denies the allegations.

79.     To the extent the allegations contained in Paragraph 79 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 79 are directed at Amazon, Amazon denies the allegations.

80.     Amazon denies the allegations contained in Paragraph 80.

81.     To the extent the allegations contained in Paragraph 81 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 81 are directed at Amazon, Amazon denies the allegations.

82.     To the extent the allegations contained in Paragraph 82 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 82 are directed at Amazon, Amazon denies the allegations.

## COUNT IV: NEGLIGENCE

83.     Amazon incorporates by reference its responses to the preceding paragraphs as if fully stated herein.

84.     To the extent the allegations contained in Paragraph 84 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 84 are directed at Amazon, Amazon denies the allegations.

85.     To the extent the allegations contained in Paragraph 85 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 85 are directed at Amazon, Amazon denies the allegations.

86.     To the extent the allegations contained in Paragraph 86 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 86 are directed at Amazon, Amazon denies the allegations.

87.     To the extent the allegations contained in Paragraph 87 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 87 are directed at Amazon, Amazon denies the allegations.

88.     To the extent the allegations contained in Paragraph 88 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 88 are directed at Amazon, Amazon denies the allegations.

89.     To the extent the allegations contained in Paragraph 89 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 89 are directed at Amazon, Amazon denies the allegations.

90.     To the extent the allegations contained in Paragraph 90 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 90 are directed at Amazon, Amazon denies the allegations.

91.     To the extent the allegations contained in Paragraph 91 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 91 are directed at Amazon, Amazon denies the allegations.

92.     To the extent the allegations contained in Paragraph 92 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 92 are directed at Amazon, Amazon denies the allegations.

93.     To the extent the allegations contained in Paragraph 93 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 93 are directed at Amazon, Amazon denies the allegations.

94.     To the extent the allegations contained in Paragraph 94 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 94 are directed at Amazon, Amazon denies the allegations.

95.     To the extent the allegations contained in Paragraph 95 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 95 are directed at Amazon, Amazon denies the allegations.

96.     To the extent the allegations contained in Paragraph 96 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 96 are directed at Amazon, Amazon denies the allegations.

97.     Amazon denies the allegations contained in Paragraph 97.

98.     To the extent the allegations contained in Paragraph 98 are directed at defendants other than Amazon, no response is required.  To the extent the allegations contained in Paragraph 98 are directed at Amazon, Amazon denies the allegations.

## COUNT V: LOSS OF CONSORTIUM

99.     Amazon incorporates by reference its responses to the preceding paragraphs as if fully stated herein.

100.     Amazon lacks sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 100 and therefore denies the same.

101.     Amazon lacks sufficient information or knowledge to admit or deny the truth of the allegations contained in Paragraph 101 and therefore denies the same.

## SEPARATE DEFENSES

## FIRST SEPARATE DEFENSE

The Verified Complaint fails to set forth a claim upon which relief may be granted.

## SECOND SEPARATE DEFENSE

Plaintiffs' alleged injuries and damages, if any, were caused by acts or omissions of third-persons or entities over which Amazon had no control.

## THIRD SEPARATE DEFENSE

Plaintiffs' claims are barred as a result of a failure to mitigate damages.

## FOURTH SEPARATE DEFENSE

The injuries and damages alleged by Plaintiffs herein were due to the contributory and/or comparative negligence of Plaintiffs, thereby barring Plaintiffs from recovery by operation of contributory and/or comparative negligence principles.

## FIFTH SEPARATE DEFENSE

Plaintiffs' claims are barred by the doctrine of assumption of the risk.

## SIXTH SEPARATE DEFENSE

Plaintiffs' alleged injuries and damages, if any, were not proximately caused by the use of any products sold, marketed, or distributed by Amazon, or by any acts or omissions on the part of Amazon.

## SEVENTH SEPARATE DEFENSE

Plaintiffs' alleged injuries and damages, if any, were caused or contributed to, directly and proximately, in whole or in part, by misuse, unauthorized use, unintended use, unforeseeable use and/or improper use of the product at issue.

## EIGHTH SEPARATE DEFENSE

Plaintiffs are barred from recovery because the product alleged to have caused the damages was altered from its original condition.

## NINTH SEPARATE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the danger, or potentiality of danger, concerning the product at issue, was open and obvious and/or generally known and recognized.

## TENTH SEPARATE DEFENSE

If Plaintiffs sustained the damages alleged in the Verified Complaint, which is denied, there was an intervening, superseding cause or causes leading to these alleged damages; and therefore, any action on the part of Amazon was not the proximate and/or competent producing cause of the alleged damages.

## ELEVENTH SEPARATE DEFENSE

Amazon did not design, manufacture, or sell the product at issue in this litigation.

## TWELFTH SEPARATE DEFENSE

Plaintiffs' claims are barred by the Communications Decency Act, 47 USC § 230.

## THIRTEENTH SEPARATE DEFENSE

Plaintiffs' claims are barred by the laws of other jurisdictions that may apply in this case.

## FOURTEENTH SEPARATE DEFENSE

The Complaint is barred, in whole or in part, by the doctrines of laches, waiver, unclean hands, and/or equitable estoppel.

## FIFTEENTH SEPARATE DEFENSE

Plaintiffs' punitive damages claim is in contravention of Amazon's rights under the Due Process Clause of the Fifth and Fourteenth Amendments of the United States Constitution; the Excessive Fines Clause of the Eighth Amendment of the United States Constitution; similar provisions in the Constitution of New York and/or other applicable states' laws; and/or the common law and public policies of such states.

## SIXTEENTH SEPARATE DEFENSE

To the extent that Plaintiffs seek punitive damages, Amazon specifically incorporates by reference any and all standards or limitations regarding the termination and enforceability of punitive or aggravated damages which arose in the decision of *BMW of North America v. Gore*, 517 U.S. 559, 116 S. Ct. 1589 (1996) and cases subsequent to *BMW*, including *Philip Morris USA v. Williams*, 549 U.S. 346, 127 S. Ct. 1057 (2007).

## SEVENTEENTH AFFIRMATIVE DEFENSE

Amazon reserves the right to assert any additional defenses and claims of avoidance as may be appropriate based upon facts or issues disclosed during the course of additional investigation and discovery.

## REQUEST FOR RELIEF

WHEREFORE, having fully answered Plaintiffs' Verified Complaint, Amazon requests that the Verified Complaint herein be dismissed in its entirety, with prejudice, that judgment be entered in favor of Amazon, against Plaintiffs, that any and all claims for damages of any sort or nature be denied, and that Amazon be awarded costs, attorneys' fees, and all other relief as is just and proper.

Respectfully submitted,

SILLS CUMMIS & GROSS P.C.

By: *s/ Beth S. Rose*
    Beth S. Rose
    Vincent Lodato
    101 Park Avenue
    New York, NY 10178
    (212) 643-7000

*Attorneys for Defendants Amazon
Fulfillment Service, Inc. and
Amazon.com, Inc.*

DATED:  May 6, 2019