Vincent Lodato
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Phone: (973) 643-7000
Facsimile: (973) 643-6500
*Attorneys for Defendants Amazon Fulfillment*
*Services, Inc. and Amazon.com, Inc.*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

CHARLES NELSON and THERESA STILLWELL, : Civil Action No. 19-cv-2518
                                      :
            Plaintiffs,               :
                                      :
    -against-                         : **STIPULATION OF**
                                      : **DISCONTINUANCE WITH**
AMAZON FULFILLMENT SERVICES, INC.,    : **PREJUDICE**
AMAZON, INC., DOE CORP. 1 D/B/A SUNNEAR, :
JOHN DOES 1-10, and DOE CORP. 2-10,   :
                                      :
            Defendants.               :

---------------------------------------------------------------- X

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned,

that this matter having been amicably resolved, and whereas no party herein is an infant,

incompetent person for whom a committee has been appointed, and no person not a party

has an interest in the subject matter of the action, the above-entitled action be, and is hereby

discontinued in its entirety with prejudice and without attorneys' fees or costs to any party,

and an Order to that effect may be entered without further notice.

Dated: April 29, 2020

STEVENSON MARINO LLP                    SILLS CUMMIS & GROSS P.C.

s/ J.R. Stevenson                       s/ Vincent Lodato
By: J.R. Stevenson, Esq.                By: Vincent Lodato, Esq.
Attorneys for Plaintiffs                Attorneys for Defendants
75 Maiden Lane, Suite 402               101 Park Avenue, 28th Floor
New York, NY 10038                      New York, NY 10078
(212) 939-7588                          (212) 643-7000